MARLEN E. PEW, Respondent, v. INTERNATIONAL NEWS SERVICE, INC., Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to abide the event. We think the trial justice was in error in ruling as a matter of law that plaintiff was discharged from his employment. In our opinion this question was for the determination of the jury upon the letter of January

5, 1923, and the surrounding circumstances disclosed upon the trial. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kelby, J., dissents.